No. 90–7462. GORELIK *v.* NI INDUSTRIES, INC., ET AL., 500 U. S. 923;

No. 90–8021. DEMPSEY *v.* MASSACHUSETTS, *ante,* p. 901;

No. 91–193. KELLY *v.* HOLIDAY INN OF BLYTHEVILLE, *ante,* p. 865;

No. 91–5117. LITZENBERG *v.* MURPHY ET AL., *ante,* p. 876;

No. 91–5303. SCHLICHER *v.* ROBERTS ET AL., *ante,* p. 885;

No. 91–5403. ST. HILAIRE *v.* ARIZONA DEPARTMENT OF CORRECTIONS ET AL. (two cases), *ante,* p. 891; and

No. 91–5533. IN RE CYNTJE, *ante,* p. 806. Petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

## NOVEMBER 14, 1991

No. 91–6382. SAWYER *v.* WHITLEY, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

## NOVEMBER 18, 1991

No. D–1031. IN RE DISBARMENT OF WADE. Disbarment entered. [For earlier order herein, see 501 U. S. 1274.]

No. D–1032. IN RE DISBARMENT OF BRILL. Disbarment entered. [For earlier order herein, see 501 U. S. 1274.]

No. D–1049. IN RE DISBARMENT OF BELTRE. It is ordered that Luis Oscar Beltre, of Paramus, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1050. IN RE DISBARMENT OF FRIEDMAN. It is ordered that Michael Friedman, of Los Alamitos, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.